IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLIED WORLD ASSURANCE
COMPANY (U.S.), INC.

    Plaintiff,

vs.                                            Case No.: 3:20-cv-05479-MCR-EMT

BAY COUNTY HEALTH SYSTEM,
LLC d/b/a BAY MEDICAL CENTER
SACRED HEART HEALTH SYSTEM,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff/Counter-Defendant, Allied World Assurance Company (U.S.), Inc., and Defendant/Counter-Plaintiff, Bay County Health System, LLC d/b/a Bay Medical Center Sacred Heart Health System, hereby notify the Court pursuant to Local Rule 16.2 that they have reached an agreement in principle to settle all claims and counterclaims in this matter. The parties request 30-days in which to finalize their settlement agreement and to file the appropriate dismissal documents.

Dated: August 11, 2021

126918715.1

Respectfully submitted by:

| | |
|---|---|
| Plaintiff, Allied World Assurance Company (U.S.), Inc. | Defendant, Bay County Health System, LLC d/b/a Bay Medical Center Sacred Heart Health System |
| By its Attorneys, | By its Attorneys, |
| */s/ Gregory A. Gidus* | /s/ *Robert D. Moses* |
| Gregory A. Gidus | Robert D. Moses |
| Florida Bar No. 105930 | 1801 Centrepark Drive East, Suite 200 |
| Primary: ggidus@carltonfields.com | West Palm Beach, FL 33401 |
| Secondary: dlester@carltonfields.com | Telephone: 561-697-8088 |
| Heidi Hudson Raschke | Primary: eservicewpb@conroysimberg.com |
| Florida Bar No. 61183 | Secondary: rmoses@conroysimberg.com |
| Primary: hraschke@carltonfields.com | |
| Secondary: pparrey@carltonfields.com | |
| **Carlton Fields, P.A.** | |
| P.O. Box 3239 | |
| Tampa, FL 33601-3239 | |
| Telephone: (813) 223-7000 | |
| Facsimile: (813) 229-4133 | |