UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLIED WORLD ASSURANCE
COMPANY (U.S.), INC.,

    Plaintiff,

v.                                                                          CASE NO. 3:20cv5479-MCR-EMT

BAY COUNTY HEALTH SYSTEM,
LLC d/b/a BAY MEDICAL CENTER
SACRED HEART HEALTH SYSTEM,

    Defendant.
_____/

## ORDER OF STAY

This matter is before the Court on the parties' Joint Notice of Settlement.  ECF No. 34.  The parties report that they parties have reached a settlement of this matter and request 30 days in which to finalize the settlement documents.  In consideration, the Court finds it appropriate to stay this matter pending finalization of the settlement.  Accordingly, the proceedings in this matter are hereby **STAYED** for a period of **30 days**.  Upon completion of the settlement, the parties shall promptly file a stipulation of dismissal or otherwise file a status report upon expiration of the period of stay.

    **DONE and ORDERED** on this 12th day of August 2021.

                                                   s/ *M. Casey Rodgers*
                                                 **M. CASEY RODGERS**
                                                 **UNITED STATES DISTRICT JUDGE**