2041169

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## Case No. 3:20-CV-05479 MCR-EMT

ALLIED WORLD ASSURANCE COMPANY (U.S.),

  Plaintiff,

v.

BAY COUNTY HEALTH SYSTEM, LLC d/b/a BAY MEDICAL CENTER and SACRED HEART HEALTH SYSTEM,

  Defendants.

_____/

## JOINT STATUS REPORT AND MOTION TO EXTEND ORDER OF STAY PENDING FINALIZATION OF SETTLEMENT

Plaintiff, Allied World Assurance Company (U.S.) ("AWAC") and Defendant Bay County Health System, LLC ("Bay Medical"), by and through their respective counsel and pursuant to this Court's Order of Stay [DE 35], hereby submit this Joint Status Report and Motion to Extend the Order of Stay due to the parties' current post-settlement posture stating as follows:

1. The parties reached a settlement in principle of all claims and counterclaims in this matter on August 9, 2021.

127251877.1

2. On August 12, 2021, the Court entered an order staying this matter for 30 days and directing the parties to either promptly file a stipulation of dismissal upon the finalization of the settlement or file a status report upon the expiration of the period of stay. [D.E. 35].

3. On August 20, 2021, counsel for AWAC presented Bay Medical with a proposed settlement agreement.

4. Representatives on behalf of Bay Medical are currently reviewing the proposed settlement agreement in preparation for execution of same.

5. Representatives of Bay Medical are requesting an additional 15-day extension to complete their review and execution of said settlement agreement due to unintentional delays caused by the ongoing Covid-19 pandemic.

6. AWAC does not oppose Bay Medical's request for a 15-day extension.

WHEREFORE, the Parties respectfully request that the Court extend its Order of Stay by 15 days, through and including September 28, 2021, so that the Parties can finalize their settlement and file the appropriate dismissal documents.

127251877.1

Respectfully submitted on this 13th day of September, 2021.

`

<u>/s/Robert D. Moses</u>
CONROY SIMBERG
Florida Bar No: 182860
1801 Centerpark Drive East
Suite 200
West Palm Beach, FL 33401
Attorneys for Defendant

127251877.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of September, 2021, a copy of the forgoing was filed electronically. Notice of this filing will be sent via the Court's electronic case filing (ECF) system to all counsel of record.

127251877.1