UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No. 3:20-CV-05479 MCR-EMT

ALLIED WORLD ASSURANCE
COMPANY (U.S.), INC.

  Plaintiff,

v.

BAY COUNTY HEALTH SYSTEM, LLC.
d/b/a BAY MEDICAL CENTER and
SACRED HEART HEALTH SYSTEM,

  Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL**
**OF ALL CLAIMS AND COUNTERCLAIMS**

IT IS HEREBY STIPULATED AND AGREED by the Parties that this action, including all claims and counterclaims, shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

The parties further stipulate that the United States District Court for the Northern District of Florida, which presently has jurisdiction over the parties to this lawsuit, may retain jurisdiction to enforce the terms of the settlement agreement between the parties.

Dated: September 29, 2021.

[Signatures on following page]

| | |
|---|---|
| /s/ **Robert D. Moses** | /s/ *Gregory A. Gidus* |
| Robert D. Moses, Esquire | Heidi Hudson Raschke |
| Florida Bar No.: 182860 | Florida Bar No. 61183 |
| rmoses@conroysimberg.com | Primary: hraschke@carltonfields.com |
| Stuart F. Cohen, Esquire | Secondary: pparrey@carltonfields.com |
| Florida Bar No.: 986178 | Gregory A. Gidus |
| scohen@conroysimberg.com | Florida Bar No. 105930 |
| Conroy Simberg | Primary: ggidus@carltonfields.com |
| 101 Centrepark Drive East, Suite 200 | Secondary: dlester@carltonfields.com |
| West Palm Beach, FL 33401 | **Carlton Fields, P.A.** |
| 561-5597-8088 | P.O. Box 3239 |
| 561-697-8664 | Tampa, FL 33601-3239 |
| *Counsel for Defendant/Counter-Plaintiff* | Telephone: (813) 223-7000 |
| | Facsimile: (813) 229-4133 |
| | *Attorneys for Plaintiff/Counter-Defendant* |

127310530.1