UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ALLIED WORLD ASSURANCE COMPANY (US) INC,**

    **Plaintiff,**

v.   CASE NO. 3:20cv5479

**BAY COUNTY HEALTH SYSTEM LLC doing business as BAY MEDICAL CENTER SACRED HEART HEALTH SYSTEM,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

The parties have filed a stipulation of dismissal with prejudice of all claims and counterclaims signed by counsel for all parties in the case, ECF No. 38, stating also that the parties request that the Court retain jurisdiction to enforce the settlement. Because the stipulation is conditional in nature, *see Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012), the Court construes it as a request under Rule 41(a)(2) and grants the request. Therefore, the case is **DISMISSED with prejudice** pursuant to the parties' stipulation, and the Court retains jurisdiction for a period of sixty (60) days from the date of this Order for the sole purpose of enforcing the settlement. In the event the settlement is not

consummated, the Court reserves the power to reopen the case for further proceedings on motion filed by any party within sixty (60) days of the date of this Order and a showing of good cause. At this time, the Clerk is directed to close the file in this case for administrative purposes. At the expiration of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

**DONE and ORDERED** on this 4th day of October 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**